FILED

2026 Aug-10  AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY LAWSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.:  5:25-cv-1619-LCB-HNJ** |
| | ) | |
| CITY OF CULLMAN ALABAMA, | ) | |
| *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

On July 14, 2026, U.S. Magistrate Judge Herman N. Johnson, Jr., issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court refer certain individual-capacity monetary claims to the Magistrate Judge for further proceedings and dismiss without prejudice the remaining claims under 28 U.S.C. § 1915(e)(2) for failing to state a claim upon which relief can be granted. (Doc. 17). No party has objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, 695 F. Supp. 3d 1315, 1318 (N.D. Ala.

Sept. 27, 2023). The district court may, in its review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (doc. 17) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The following individual-capacity monetary claims are therefore referred to the Magistrate Judge for further proceedings: Lawson's Fourteenth Amendment excessive force claim against Deputy Dexton Bates; and Lawson's Fourteenth Amendment failure-to-intervene claim against Deputy Hogeland and the unidentified deputies. The remaining claims in this action are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2) for failing to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this August 10, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE